

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00275-CV

Joseph **MAYZONE**,
Appellant

v.

**MISSIONARY OBLATES OF MARY IMMACULATE OF TEXAS** and
Father Thomas Ovalle,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-19412
Honorable Peter A. Sakai, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's memorandum opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 30, 2014.

_____
Karen Angelini, Justice